**In re Martin GONZALEZ and Mario Arroyo, Relators.**

No. 05–13–00112–CV.

Court of Appeals of Texas, Dallas.

Feb. 4, 2013.

Vincent Ndukwe, Jean Lee, Dallas, for appellants.

Gabriella Bendslev, Dallas, and John B. Worley, Rande K. Herrell, Austin, for appellee.

Before Justices MOSELEY, FRANCIS and FILLMORE.

## OPINION

Opinion by Justice MOSELEY.

Relators contend the trial judge erred in granting a motion for new trial. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R.APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex.1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.